UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| MICHAEL G. FLASH<br>ALLISON R. FLASH<br>**Individually and obo of their**<br>**minor son, RMF** | CIVIL ACTION NO. 07-1522 |
| VS. | JUDGE MELANÇON |
| CONTINENTAL AIRLINES, INC.<br>EXPRESS JET AIRLINES, INC. | MAGISTRATE JUDGE METHVIN |

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. A review of the petition filed in state court shows that plaintiff Michael Flash ("Flash") alleges that while he was aboard a Continental flight over southwest Louisiana, the aircraft began a steep dive, causing him to strike his head on the overhead compartment. Plaintiffs allege that as a result of the accident, Flash suffered head, back, shoulder and neck injuries which required cervical disc surgery. Flash seeks general damages, as well as past and future lost wages and medical expenses. Flash's wife and minor son seek damages for loss of consortium.[1] The undersigned concludes that the requisite jurisdictional amount has been established. Accordingly, no additional briefing is required.

Signed at Lafayette, Louisiana, on September 18, 2007.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)

---

[1] The undersigned notes that in the event that the court does not find that the loss of consortium claims meet the jurisdictional amount, the court may have supplemental jurisdiction over these claims because the claims are so closely related to the claims of Michael Flash that they form part of the same case or controversy.