UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **MICHAEL G. FLASH** | **CIVIL ACTION NO. 07-1522** |
| **ALLISON R. FLASH** | |
| **Individually and obo of their** | |
| **minor son, RMF** | |
| | |
| **VS.** | **JUDGE MELANÇON** |
| | |
| **CONTINENTAL AIRLINES, INC.** | **MAGISTRATE JUDGE METHVIN** |
| **EXPRESS JET AIRLINES, INC.** | |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that is **GRANTED** and plaintiffs' contractual claims are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 14th day of February, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE